188 So. 922

**BIRMINGHAM ELECTRIC CO. v. I. R. PARSONS.**

6 Div. 482.

Court of Appeals of Alabama.
May 9, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Coleman, Parsons & Abele, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

188 So. 922

**BIRMINGHAM ELECTRIC CO. v. Ethlyn ROOT.**

6 Div. 469.

Court of Appeals of Alabama.
April 18, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Harsh, Harsh & Hare, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

182 So. 923

**J. W. BITTLE v. STATE.**

7 Div. 360.

Court of Appeals of Alabama.
June 14, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

186 So. 915

**John Thomas BLACK v. STATE.**

8 Div. 813.

Court of Appeals of Alabama.
Jan. 24, 1939.

S. A. Lynne, of Decatur, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

189 So. 918

**John Thomas BLACK v. STATE.**

8 Div. 814.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

184 So. 911

**L. R. BLACK v. STATE.**

4 Div. 448.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.